

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

Jan. 30, 1947

Hon. L. S. Johnson, Commissioner
State Department of Banking
Austin, Texas

Opinion No. V-49

Re: Authority of the State Bank-
ing Department to supply
certain information to an
attorney representing a cli-
ent who has a judgment
against a Savings and Loan
Association in the State of
Texas.

Dear Sir:

We are in receipt of your request for an opinion upon the above subject matter as follows:

"We are in receipt of a letter from an attorney, the substance of which is as follows:

" 'I represent a client who has a judg-
ment against .........., of .........., Texas,
who is president of the .......... Savings and
Loan Association. I ran a writ of garnish-
ment against the loan company who answers
"That the defendant ......... owns in the gar-
nishee company, to wit; .......... Association,
.......... shares of the value of ......... dollars
described as special fully paid stock and evi-
denced by stock certificate #........., which has
been deposited with the Department of Banking,
State of Texas, to cover an existing deficit and
pledged by ......... to guaranty loss from said
deficit to the shareholders."

" 'This may be true and I doubt it.

" 'Please let me know if there is such defi-
cit, and if said stock owned by said .......... is
pledged with your department.

" 'Thanking you for your prompt attention

and reply, I am,

"'Cordially yours,

.....................'

"For your information, the statement of the gar-
nishee company, as hereinabove quoted, is substantially
true, except for the number of shares which is stated
therein and the amount of the value thereof.

"We seek advice from your Department as to wheth-
er or not there is a legal prohibition against our furnish-
ing the information requested of us in the above letter.

"In this connection, you are advised that none of the
information that we have on the subject incorporated in
the garnishee company's answer was obtained by us
through an examination of the association, but resulted
out of a transaction between this department and the Board
of Directors of the Association in the process of a reor-
ganization of said Association."

Senate Bill No. 9, Chapter 18, of the Acts of the 42nd Legis-
lature, 3rd Called Session, Article 1136a-9 of the Penal Code, Ver-
non's Codification, is as follows:

"The Banking Commissioner and my examiner, in-
spector, deputy, assistant or clerk, appointed or acting
under the provisions of this Act, failing to keep secret
any facts or information regarding an association ob-
tained in the course of an examination or by reason of
his official position, except when the public duty of such
officer required him to report upon or take official ac-
tion regarding the affairs of the association so examined,
or who wilfully makes a false official report as to the
condition of such association, shall be removed from his
position or office and shall be fined not more than five
hundred dollars, or imprisoned in the county jail for not
more than one year, or both. Reports of examinations
made to the Banking Comissioner of Texas shall be re-
garded as confidential and not for public record or in-
spection, except that for good reason same may be made
by the Commissioner, but copies thereof may, upon re-
quest of the Association, be furnished to the Federal
Home Loan Bank Board and/or to the Federal Home
Loan Bank for the purpose of meeting the requirements
of the Federal Home Loan Bank Act. Nothing herein
shall prevent the proper exchange of information relat-
ing to building and loan associations and the business

thereof with the representatives of building and loan departments of other states, but in no case shall the private business or affairs of any individual association or company be disclosed. Any official violating any provision of this Section, in addition to the penalties herein provided, shall be liable, with his bondsmen, to the person or corporation injured by the disclosure of such secrets."

The language of this Article precludes your giving the information requested, and moreover, it would appear to be sufficiently broad to preclude your permitting anyone to make an examination of your files which would disclose such information. The language "or by reason of his official position" makes the prohibition broader than the examiners report as such. You and the members of the Department are authorized to make use of such facts or information only when the public duty imposed upon you requires a report covering such matters or imposes upon you the duty to take official action regarding such association as by reporting its condition to the Attorney General for action.

### SUMMARY

Penal Code, Article 1136a-9, (Vernon's Cod.) makes privileged all instruments or information in the possession of the Banking Department regarding a Building and Loan Association, when obtained in the course of an examination or by reason of official position. This information must be kept secret and not be divulged to the public.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By Ocie Speer
Assistant

OS:am

APPROVED
OPINION COMMITTEE
BY FD
CHAIRMAN

APPROVED JAN 30 1947

Price Daniel
ATTORNEY GENERAL OF TEXAS